IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRUCE PRICE                                                                                           PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:17-cv-138-SA-DAS

O'REILLY'S AUTOMOTIVE STORES, INC.                                                    DEFENDANT

AGREED ORDER OF DISMISSALWITH PREJUDICE

The Plaintiff, Bruce Price, and Defendant, O'Reilly Automotive Stores, Inc., have agreed to and announce to the Court a settlement of the Plaintiff's claims against O'Reilly Automotive Stores, Inc. in their entirety. The Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, finds that the Plaintiff's claims should be dismissed with prejudice against O'Reilly Automotive Stores, Inc. pursuant to the parties' agreement.

It is, therefore, ordered and adjudged that the Plaintiff's claims against O'Reilly Automotive Stores, Inc. are hereby DISMISSED *with prejudice* with each party to bear its own costs.

SO ORDERED, this 15th day of January, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

/s/ Brad Morris
Brad Morris (MSB #104017)
Attorney for Plaintiff, Bruce Price

/s/B. Lyle Robinson
B. Lyle Robinson (MSB #100015)
Attorney for Defendant, O'Reilly's Automotive Stores, Inc.